PATRICK H. HICKS, ESQ., Bar # 4632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE MALINGIN,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE ABROAD GROUP, LP; ALLIANCE ABROAD GROUP INTERNATIONAL, LLC; ALLIANCE ABROAD GP, LLC; CLARK COUNTY SCHOOL DISTRICT; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01812-RFB-NJK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME WITHIN WHICH DEFENDANT MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Melanie Malingin ("Plaintiff") and Defendant Clark County School District ("CCSD") as follows:

**WHEREAS**, on or about September 23, 2019, Plaintiff filed in the Eighth Judicial District Court a Complaint (the "Complaint"), which was assigned Case No. A-19-802399-C (the "Lawsuit");

**WHEREAS**, on or about September 27, 2019, Plaintiff served the Defendant CCSD with the Complaint;

**WHEREAS**, CCSD filed a timely Notice of Removal of Civil Action Under 28 U.S.C. §§ 1331, 1441, and 1446 with the United States District Court, District of Nevada (Dkt. #1);

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

**WHEREAS**, CCSD's responsive pleading was due by October 24, 2019;

**WHEREAS**, due to scheduling conflicts, the Parties agree to an additional nine (9) day extension of time through November 1, 2019, for CCSD to respond to the Complaint;

**WHEREAS**, this is the first request for an extension regarding the filing of Defendants' response to the Plaintiff's Complaint.

Dated: October 22, 2019

Respectfully submitted,

/s/ Christian Gabroy
Christian Gabroy, Esq.
GABROY LAW OFFICES
Attorneys for Plaintiff
MELANIE MALINGIN

Dated: October 22, 2019

Respectfully submitted,

/s/ Patrick H. Hicks
Patrick H. Hicks, Esq.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2019

4810-6468-6506.1 026133.1027

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800