GABROY LAW OFFICES
Christian Gabroy (#8805)
Justin A. Shiroff (#12869)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
jshiroff@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELANIE MALINGIN;<br><br>　　　　　Plaintiff,<br>vs.<br><br>ALLIANCE ABROAD GROUP, LP; ALLIANCE ABROAD GROUP INTERNATIONAL, LLC; ALLIANCE ABROAD GP, LLC; CLARK COUNTY SCHOOL DISTRICT; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>　　　　　Defendant. | Case No: 2:19-cv-01812-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION (ECF NO. 9)**<br><br>**(FIRST REQUEST)** |

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND COMPEL
ARBITRATION ECF NO. 9)**

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Melanie Malingin ("Plaintiff") and Defendant Alliance Abroad Group, LP, Defendant Alliance Abroad Group International, LLC and Defendant Alliance Abroad GP, LLC ("Defendants" or "Alliance") as follows:

**WHEREAS**, on or about September 23, 2019, Plaintiff filed in the Eighth Judicial District Court a Complaint (the "Complaint"), which was assigned Case No. A-19-802399-C (the "Lawsuit");

**WHEREAS**, on or about October 3, 2019, Plaintiff served Alliance with the Complaint;

**WHEREAS**, Defendant Clark County School District filed a Notice of Removal with the United States District Court, District of Nevada (ECF No. 1);

Page 1 of 3

**WHEREAS**, Alliance filed its Motion to Dismiss and Compel Arbitration (the "Motion to Dismiss", ECF No. 9) on or about October 23, 2019;

**WHEREAS**, Plaintiff's responsive pleading is currently due by November 6, 2019;

**WHEREAS**, due to scheduling conflicts and Plaintiff's Counsel being out of the jurisdiction, the Parties agree to an additional fourteen (14) day extension through November 20, 2019, for Plaintiff to respond to the Motion to Dismiss; and,

(*Remainder of Page Intentionally Left Blank*)

**WHEREAS**, this is the first request for an extension regarding the filing of Plaintiff's response to Defendant Alliance's Motion to Dismiss, which is made in good faith, not for purposes of delay, and neither party is prejudiced by this extension.

| | |
|---|---|
| Dated: October 29, 2019 | Dated: October 29, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| By /s/ *Christian Gabroy, Esq.*<br>Christian Gabroy, Esq.<br>Justin A. Shiroff, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway,<br>Suite 280<br>Henderson, Nevada 89012<br>Fax    (702) 259-7704<br><br>*Attorneys for Plaintiff* | By /s/ *Brittany Woodman, Esq.*<br>Brittany Woodman, Esq.<br>THE VERSTANDIG LAW FIRM, LLC<br>261 Whitewater Village Court<br>Henderson, NV 89012<br>Facsimile: (301) 576-6885<br><br>Karen S. Vladeck, Esq.<br>Wittliff Cutter PLLC<br>1803 West Ave.<br>Austin, Texas 78701<br>Telephone: (512) 649-2434<br>Fax: (512) 960-4869<br>**pro hac vice* forthcoming<br><br>*Attorneys for Defendants Alliance Abroad Group, LP, Alliance Abroad Group International, LLC and Alliance Abroad GP, LLC* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of November, 2019.