Brittany Woodman, Esq.
Nevada Bar No. 15352
THE VERSTANDIG LAW FIRM, LLC
261 Whitewater Village Court
Henderson, NV 89012
Telephone: 301-444-4600
Facsimile: 301-576-6885
Email: britt@mbvesq.com

Karen S. Vladeck*
Katherine P. Chiarello*
WITTLIFF CUTTER PLLC
1803 West Avenue
Austin, TX 78703
Telephone: 512-649-2434
Fax No.: 512-960-4869
Email: karen@wittliffcutter.com
    katherine@wittliffcutter.com

**pro hac vice* pending

Attorneys for Defendants
ALLIANCE ABROAD GROUP, LC; ALLIANCE
ABROAD GROUP INTERNATIONAL, LLC AND
ALLIANCE ABROAD GP, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE MALINGIN,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIANCE ABROAD GROUP, LP; ALLIANCE ABROAD GROUP INTERNATIONAL, LLC; ALLIANCE ABROAD GP, LLC; CLARK COUNTY SCHOOL DISTRICT; DOES 1-10; AND ROE CORPORATIONS 11-20, INCLUSIVE,<br><br>    Defendant | Case No.: 2:19-cv-01812-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION (ECF NO. 20)**<br><br>**(FIRST REQUEST)** |

    IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Melanie Malingin ("Plaintiff") and Defendant Alliance Abroad Group, LP, Defendant Alliance Abroad



Group International, LLC and Defendant Alliance Abroad GP, LLC ("Defendants" or "Alliance") as follows:

**WHEREAS,** on or about September 23, 2019, Plaintiff filed in the Eighth Judicial District Court a Complaint (the "Complaint"), which was assigned Case No. A-19-802399-C (the "Lawsuit");

**WHEREAS,** on or about October 3, 2019, Plaintiff served Alliance with the Complaint;

**WHEREAS,** Defendant Clark County School District filed a Notice of Removal with the United States District Court, District of Nevada (ECF No. 1);

**WHEREAS,** Defendants' Alliance filed its Motion to Dismiss and Compel Arbitration (the "Motion to Dismiss", ECF No. 9) on or about October 23, 2019;

**WHEREAS,** Defendant's responsive pleading originally due on November 6, 2019, was extended via a stipulation and order between the parties for fourteen (14) days through November 20, 2019, for Plaintiff to respond to the Motion to Dismiss;

**WHEREAS,** on or about November 20, 2019, Plaintiff filed in the Eighth Judicial District Court the Plaintiff's Response in Opposition to Defendants' Motion to Dismiss and Compel Arbitration (the "Opposition");

**WHEREAS,** Defendants' reply brief is currently due by November 27, 2019;

**WHEREAS,** due to scheduling conflicts, the Parties agree to an additional fourteen (14) day extension through December 6, 2019, for Plaintiff to respond to the Motion to Dismiss; and,



**WHEREAS**, this is the first request for an extension regarding the filing of Defendants' response to Plaintiff's Opposition to Defendants' Motion to Dismiss, which is made in good faith, not for purposes of delay, and neither party is prejudiced by this extension.

| | |
|---|---|
| Dated: November 26, 2019 | Dated: November 26, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| By: /s/ *Christian Gabroy* | By: /s/ *Brittany Woodman* |
| Christian Gabroy, Esq. | Brittany Woodman, Esq. |
| District at Green Valley Ranch | 261 Whitewater Village Court |
| The District at Green Valley Ranch | Henderson, NV 89012 |
| 170 South Green Valley Parkway, Suite 280 | Telephone: 301-444-4600 |
| Henderson, Nevada 89012 | Facsimile: 301-576-6885 |
| Fax: (702) 259-7704 | Email: britt@mbvesq.com |

Attorneys for Plaintiff

Karen S. Vladeck*
Katherine P. Chiarello*
WITTLIFF CUTTER PLLC
1803 West Avenue
Austin, TX 78703
Telephone: 512-649-2434
Fax No.: 512-960-4869
Email: karen@wittliffcutter.com
   katherine@wittliffcutter.com

Attorneys for Defendants
ALLIANCE ABROAD GROUP, LC; ALLIANCE ABROAD GROUP INTERNATIONAL, LLC AND ALLIANCE ABROAD GP, LLC

**pro hac vice* pending

            **IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26th day of November, 2019.

