GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE MALINGIN;<br><br>　　　　　Plaintiff,<br>vs.<br><br>ALLIANCE ABROAD GROUP, LP; ALLIANCE ABROAD GROUP INTERNATIONAL, LLC; ALLIANCE ABROAD GP, LLC; CLARK COUNTY SCHOOL DISTRICT; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>　　　　　Defendant. | Case No: 2:19-cv-01812-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO ALLIANCE ABROAD DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 29)**<br><br>**(FIRST REQUEST)** |

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO ALLIANCE ABROAD DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 29)**

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Melanie Malingin ("Plaintiff") and Defendant Alliance Abroad Group, LP, Defendant Alliance Abroad Group International, LLC and Defendant Alliance Abroad GP, LLC ("Defendants" or "Alliance") as follows:

**WHEREAS**, on or about September 23, 2019, Plaintiff filed in the Eighth Judicial District Court a Complaint (the "Complaint"), which was assigned Case No. A-19-802399-C (the "Lawsuit");

**WHEREAS**, on or about October 3, 2019, Plaintiff served Alliance with the Complaint;

**WHEREAS**, Defendant Clark County School District filed a Notice of Removal with the United States District Court, District of Nevada (ECF No. 1);

**WHEREAS**, Plaintiff filed a Motion for Preliminary Injunctive Relief and/or a Temporary Restraining Order on November 21, 2019 (ECF No. 21/23);

**WHEREAS**, Alliance Abroad Defendants filed their Opposition to Plaintiff's Motion for Temporary Restraining Order on November 26, 2019 (ECF No. 29);

**WEHEREAS**, Plaintiff's Reply to Alliance Abroad Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order is currently due on December 3, 2019;

**WHEREAS**, due to scheduling conflicts and Plaintiff's Counsel being out of the jurisdiction for the Thanksgiving holiday, the Parties agree to an additional fourteen (14) day extension through December 17, 2019, for Plaintiff to reply to the Opposition to Plaintiff's Motion for Temporary Restraining Order[29]; and,

(*Remainder of Page Intentionally Left Blank*)

**WHEREAS**, this is the first request for an extension regarding the filing of Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Temporary Restraining Order [ECF No. 29], which is made in good faith, not for purposes of delay, and neither party is prejudiced by this extension.

Dated: November 27, 2019

Respectfully submitted,

By */s/ Christian Gabroy, Esq.*
Christian Gabroy, Esq.
Kaine Messer, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Fax    (702) 259-7704
*Attorneys for Plaintiff*

Dated: November 27, 2019

Respectfully submitted,

By */s/ Brittany Woodman, Esq.*
Brittany Woodman, Esq.
THE VERSTANDIG LAW FIRM, LLC
261 Whitewater Village Court
Henderson, NV 89012
Facsimile: (301) 576-6885

Karen S. Vladeck, Esq.
Wittliff Cutter PLLC
1803 West Ave.
Austin, Texas 78701
Telephone: (512) 649-2434
Fax: (512) 960-4869
*Attorneys for Defendants Alliance Abroad Group, LP, Alliance Abroad Group International, LLC and Alliance Abroad GP, LLC*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of December, 2019.