PATRICK H. HICKS, ESQ., Bar # 004632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169-5937
Telephone:    702.862.8800
Fax No.:    702.862.8811
Email: phicks@littler.com

CRYSTAL J. HERRERA, ESQ., Bar #12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Fax No.: (702) 799-5505
Email: herrec4@nv.ccsd.net

Attorneys for Defendant,
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELANIE MALINGIN,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLIANCE ABROAD GROUP, LP; ALLIANCE ABROAD GROUP INTERNATIONAL, LLC; ALLIANCE ABROAD GP, LLC; CLARK COUNTY SCHOOL DISTRICT; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>        Defendants. | Case No.: 2:19-cv-01812-RFB-NJK<br><br>**JOINT STATUS REPORT** |

Plaintiff Melanie Malingin ("Plaintiff") and Defendants Alliance Abroad Group, LP, Defendant Alliance Abroad Group International, LLC, Defendant Alliance Abroad GP, LLC (collectively, "Alliance") and Defendant Clark County School District (collectively, "Defendants") by and through their respective attorneys of record, hereby submit this Joint Status Report pursuant to the Court's Minute Order dated January 7, 2020 (ECF No. 51).

The parties agreed to a settlement through the Court's early neutral evaluation process. However, additional time is needed to complete the settlement. The parties request an additional sixty (60) days to complete the settlement and file dismissal paperwork with the Court.

Dated: April 7, 2020

Respectfully submitted,

By: /s/ Christian Gabroy
　　Christian Gabroy, Esq.
　　Kaine Messer, Esq.
　　GABROY LAW OFFICES
　　The District at Green Valley Ranch
　　170 South Green Valley Parkway,
　　Suite 280
　　Henderson, Nevada 89012
　　Fax: (702) 259-7704
　　*Attorneys for Plaintiff*

Dated: April 7, 2020

Respectfully submitted,

By: /s/ Crystal J. Herrera
　　Patrick Hicks, Esq.
　　LITTLER MENDELSON, P.C.
　　3960 Howard Hughes Parkway
　　Suite 300
　　Las Vegas, Nevada 89169
　　Fax:(702) 862-8811

　　Crystal J. Herrera, Esq.
　　OFFICE OF GENERAL COUNSEL
　　CLARK COUNTY SCHOOL DISTRICT
　　5100 West Sahara Avenue
　　Las Vegas, Nevada 89146
　　Ph: (702) 799-5373
　　Fax: (702) 799-5505
　　*Attorneys for Defendant CCSD*

Dated: April 7, 2020

Respectfully submitted,

By: /s/ Karen S. Vladeck
　　Brittany Woodman, Esq.
　　THE VERSTANDIG LAW FIRM, LLC
　　261 Whitewater Village Court
　　Henderson, Nevada 89012
　　Fax: (301) 576-6885

　　Karen S. Vladeck, Esq.
　　WITTLIFF CUTTER PLLC
　　1803 West Ave.
　　Austin, Texas 78701
　　Fax: (512) 960-4869
　　*Attorneys for Defendants Alliance Abroad Group, LP, Alliance Abroad Group International, LLC and Alliance Abroad GP, LLC*

**IT IS SO ORDERED**

**DATED: April 08, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2