PATRICK H. HICKS, ESQ., Bar # 004632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com

CRYSTAL J. HERRERA, ESQ., Bar #12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Telephone: (702) 799-5373
Fax No.: (702) 799-5505
Email: herrec4@nv.ccsd.net

Attorneys for Defendant,
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELANIE MALINGIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALLIANCE ABROAD GROUP, LP; ALLIANCE ABROAD GROUP INTERNATIONAL, LLC; ALLIANCE ABROAD GP, LLC; CLARK COUNTY SCHOOL DISTRICT; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>                    Defendants. | Case No.: 2:19-cv-01812-RFB-NJK<br><br>**SECOND JOINT STATUS REPORT** |

Plaintiff Melanie Malingin ("Plaintiff") and Defendants Alliance Abroad Group, LP, Defendant Alliance Abroad Group International, LLC, Defendant Alliance Abroad GP, LLC (collectively, "Alliance") and Defendant Clark County School District (collectively, "Defendants"), by and through their respective attorneys of record, hereby submit this Second Joint Status Report regarding settlement.  Previously, the parties submitted a Joint Status Report informing the Court

the parties reached a resolution through the Court's early neutral evaluation process, but required additional time to finalize the settlement. ECF No. 52. The Court granted the request for more time and ordered the parties to file a stipulation of dismissal or joint status report within sixty (60) days (*i.e.* by June 8, 2020). ECF Nos. 53 and 54.

The parties hereby file the instant Second Joint Status Report; the parties require more time to complete the settlement, given the nature of the resolution. Accordingly, the parties request an additional thirty (30) days to complete the settlement and file dismissal paperwork with the Court.

Dated: June 8, 2020

Respectfully submitted,

By: */s/ Christian Gabroy*
Christian Gabroy, Esq.
Kaine Messer, Esq.
GABROY LAW OFFICES
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada  89012
Fax: (702) 259-7704
*Attorneys for Plaintiff*

Dated: June 8, 2020

Respectfully submitted,

By: */s/ Crystal J. Herrera*
Patrick Hicks, Esq.
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169
Fax:(702) 862-8811

Crystal J. Herrera, Esq.
OFFICE OF GENERAL COUNSEL
CLARK COUNTY SCHOOL DISTRICT
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Ph: (702) 799-5373
Fax: (702) 799-5505
*Attorneys for Defendant CCSD*

Dated: June 8, 2020

Respectfully submitted,

By: */s/ Karen S. Vladeck*
Brittany Woodman, Esq.
THE VERSTANDIG LAW FIRM, LLC
261 Whitewater Village Court
Henderson, Nevada  89012
Fax: (301) 576-6885

Karen S. Vladeck, Esq.
WITTLIFF CUTTER PLLC
1803 West Ave.
Austin, Texas  78701
Fax: (512) 960-4869
*Attorneys for Defendants Alliance Abroad Group, LP, Alliance Abroad Group International, LLC and Alliance Abroad GP, LLC*

IT IS ORDERED that the parties must file dismissal paperwork or a joint status report by July 10, 2020.

**IT IS SO ORDERED**

**DATED: June 09, 2020**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**