GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MELANIE MALINGIN;<br><br>　　　　　　Plaintiff,<br>vs.<br><br>ALLIANCE ABROAD GROUP, LP; ALLIANCE ABROAD GROUP INTERNATIONAL, LLC; ALLIANCE ABROAD GP, LLC; CLARK COUNTY SCHOOL DISTRICT; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>　　　　　　Defendant. | Case No: 2:19-cv-01812-RFB-NJK<br><br>**THIRD JOINT STATUS REPORT** |
|---|---|

　　　　Plaintiff Melanie Malingin ("Plaintiff") and Defendants Alliance Abroad Group, LP, Defendant Alliance Abroad Group International, LLC, Defendant Alliance Abroad GP, LLC ("collectively, "Alliance") and Defendant Clark County School District (collectively "Defendants"), by and through their respective attorneys of record, hereby submit this Third Joint Status Report regarding settlement. Previously, the parties submitted a joint status report informing the court that the parties have reached resolution through the Court's early neutral evaluation process but required time to finalize settlement. ECF No. 55. The Court granted the request for more time and ordered the parties to file a stipulation of dismissal or joint status report within thirty (30) days (*i.e.* by July 10, 2020). ECF No. 56.

　　　　The parties hereby file the instant Third Joint Status Report; the parties require more time to complete the settlement, given the nature of the resolution and difficulties

caused by the COVID-19 pandemic. Accordingly, the parties request an additional thirty (30) days to complete the settlement and file the dismissal paperwork with the Court.

Dated: July 8, 2020

Respectfully submitted,

By /s/ Christian Gabroy
Christian Gabroy, Esq.
Kaine Messer, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
Fax    (702) 259-7704
*Attorneys for Plaintiff*

Dated: July _8_, 2020

Respectfully submitted,

By /s/ Crystal Herrera
Patrick Hicks, Esq.
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
Fax:(702) 862-8811

Crystal Herrera
Office of General Counsel
Clark County School District
5100 West Sahara Avenue
Las Vegas Nevada 89146
Ph: (702) 799-5373
Fax: (702) 799-5505
*Attorneys for Defendant CCSD*

Dated: July _8_, 2020

Respectfully submitted,

By  /s/  Karen Vladeck
Brittany Woodman, Esq.
THE VERSTANDIG LAW FIRM, LLC
261 Whitewater Village Court
Henderson, NV 89012
Fax: (301) 576-6885

Karen S. Vladeck, Esq.
Wittliff Cutter PLLC
1803 West Ave.
Austin, Texas 78701
Fax: (512) 960-4869
*Attorneys for Defendants Alliance Abroad Group, LP, Alliance Abroad Group International, LLC and Alliance Abroad GP, LLC*

IT IS SO ORDERED.

_____

UNITED STATES MAGISTRATE JUDGE/
UNITED STATES DISTRICT JUDGE

Dated: July 9, 2020