PATRICK H. HICKS, ESQ., Bar # 004632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com

CRYSTAL J. HERRERA, ESQ., Bar #12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Telephone: (702) 799-5373
Fax No.: (702) 799-5505
Email: herrec4@nv.ccsd.net

Attorneys for Defendant,
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELANIE MALINGIN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALLIANCE ABROAD GROUP, LP; ALLIANCE ABROAD GROUP INTERNATIONAL, LLC; ALLIANCE ABROAD GP, LLC; CLARK COUNTY SCHOOL DISTRICT; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:19-cv-01812-RFB-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff Melanie Malingin; Defendants Alliance Abroad Group, LP, Alliance Abroad Group International, LLC, and Alliance Abroad GP, LLC; and Defendant Clark County School District, by and through their respective counsel, having agreed to resolve this matter, hereby stipulate and request that the above-captioned matter be dismissed, with prejudice.

…

Each party shall bear its own costs and fees incurred in this dispute.

Dated: August 10, 2020

Respectfully submitted,

By: */s/ Christian Gabroy*
　　Christian Gabroy, Esq.
　　Kaine Messer, Esq.
　　GABROY LAW OFFICES
　　The District at Green Valley Ranch
　　170 South Green Valley Parkway,
　　Suite 280
　　Henderson, Nevada  89012
　　Fax: (702) 259-7704
　　*Attorneys for Plaintiff*

Dated: August 10, 2020

Respectfully submitted,

By: */s/ Crystal J. Herrera*
　　Patrick Hicks, Esq.
　　LITTLER MENDELSON, P.C.
　　3960 Howard Hughes Parkway
　　Suite 300
　　Las Vegas, Nevada  89169
　　Fax:(702) 862-8811

　　Crystal J. Herrera, Esq.
　　OFFICE OF GENERAL COUNSEL
　　CLARK COUNTY SCHOOL DISTRICT
　　5100 West Sahara Avenue
　　Las Vegas, Nevada  89146
　　Ph: (702) 799-5373
　　Fax: (702) 799-5505
　　*Attorneys for Defendant Clark County School District*

Dated: August 10, 2020

By: */s/ Karen S. Vladeck*
　　Brittany Woodman, Esq.
　　THE VERSTANDIG LAW FIRM, LLC
　　261 Whitewater Village Court
　　Henderson, Nevada  89012
　　Fax: (301) 576-6885

　　Karen S. Vladeck, Esq.
　　WITTLIFF CUTTER PLLC
　　1803 West Ave.
　　Austin, Texas  78701
　　Fax: (512) 960-4869
　　*Attorneys for Defendants Alliance Abroad Group, LP, Alliance Abroad Group International, LLC and Alliance Abroad GP, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 11, 2020

2